IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01228-PSF-PAC

JAHAN JABERI,

     Plaintiff,

v.

M. WARRENDALE, LLC.,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that the Stipulated Motion to Amend Scheduling Order [filed October 17, 2006; Doc. No. 23] is **GRANTED** as follows:

> the deadline for plaintiff's 26(a)(2) disclosure and designation of experts is January 2, 2007;
> the deadline for defendant's 26(a)(2) disclosure and designation of experts is February 1, 2007;
> the discovery cutoff is now March 2, 2007;
> the dispositive motion deadline is March 1, 2007.
> Plaintiff has until October 9, 2006 to respond to defendant's written discovery requests;
> plaintiff shall designate all rebuttal experts and 26(a)(2) information by February 15, 2007; and
> interrogatories and requests for production of documents shall be propounded no later that February16, 2007.

Dated:  October 19, 2006