IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01228-PSF-PAC

JAHAN JABERI,

    Plaintiff,

v.

M. WARRENDALE, LLC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Second Stipulated Motion to Amend Scheduling Order [filed October 24, 2006; Doc. No. 29] is **GRANTED** as follows:

    The dispositive motion deadline is extended to **April 2, 2007.**

    IT IS **FURTHER ORDERED** that the Pretrial Conference set for April 6, 2007 is *vacated and reset* to **May 14, 2007 at 10:30 a.m.**, in Courtroom A501.  The proposed Pretrial Order is due on or before **May 10, 2007**.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 25, 2006