IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01228-PSF-PAC

JAHAN JABERI,

 Plaintiff,

v.

M WARRENDALE LLC,

 Defendant.

## ORDER OF DISMISSAL

 This matter is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. # 40) filed by the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Court, being fully advised, hereby

 ORDERS that this action and all claims asserted herein are DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rule of Civil Procedure, each party to bear his or its own costs and attorneys' fees.

 DATED:  January 12, 2007

               BY THE COURT:

               *s/ Phillip S. Figa*

               _____
               Phillip S. Figa
               United States District Judge